UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Candella, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>Liown Electronics Co. Ltd., Shenzhen Liown Electronics Co. Ltd., Liown Technologies/Beauty Electronics, LLC, Two's Company, Inc., BJ's Wholesale Club, Inc., Primitives By Kathy, Inc., and Boston Warehouse Trading Corp.,<br><br>   Defendants. | **C.A. No. 12-cv-2803**<br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATION EXTENDING TIME FOR BJ'S WHOLESALE CLUB, INC. TO ANSWER OR OTHERWISE RESPOND TO CANDELLA, LLC'S COMPLAINT**

  IT IS HEREBY STIPULATED THAT:  BJ's Wholesale Club, Inc. shall answer or otherwise respond to Candella, LLC's Complaint for Patent Infringement on or before December 26, 2012.

DATED: November 14, 2012   **FISH & RICHARDSON P.C.**

                */s/ Michael J. Pape*
                Michael J. Pape
                3200 RBC Plaza
                60 South Sixth Street
                Minneapolis, MN 55402
                Phone:  (612) 335-5070
                Fax: (612) 288-9696
                pape@fr.com

                **ATTORNEY FOR DEFENDANT BJ'S WHOLESALE CLUB, INC.**

**ANTHONY OSTLUND BAER & LOUWAGIE, P.A.**

*/s/ Courtland C. Merrill*
Joseph W. Anthony (#2872)
Courtland C. Merrill (#311984)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email:  janthony@aoblaw.com
            cmerrill@aoblaw.com

**ATTORNEYS FOR PLAINTIFF CANDELLA, LLC**

60805375.doc